IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV426**

| | |
|---|---|
| MICHELLE FLATTUM,<br>         Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>         Defendant. | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of defendant Experian Information Solutions, Inc. to allow **Adam W. Wiers** to appear *Pro Hac Vice*, dated November 15, 2006 [doc. #7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Wiers has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: November 15, 2006

Graham C. Mullen
United States District Judge