IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
CHARLOTTE DIVISION
3:06CV426

| | |
|---|---|
| MICHELLE FLATTUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on its own motion. The Clerk's Office is directed to RESCIND the Order [docket no. 14] issued on February 12, 2007.

IT IS SO ORDERED.

Signed: February 13, 2007

Graham C. Mullen
United States District Judge