IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
CHARLOTTE DIVISION
3:06CV426

| | |
|---|---|
| MICHELLE FLATTUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on its own motion. Due to a typographical error, the caption on the Order dated February 13 , 2007 [doc. 15] is incorrect, and the correct caption is the Western District of North Carolina.

IT IS SO ORDERED.

Signed: February 21, 2007

Graham C. Mullen
United States District Judge