UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV426

| | |
|---|---|
| MICHELLE FLATTUM, ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby continued to the **February 4, 2008** term of court in Charlotte at 10:00 a.m.

**IT IS SO ORDERED**.

Signed: August 1, 2007

Graham C. Mullen
United States District Judge

**Signed: November 22, 2005**

Graham C. Mullen
Chief United States District Judge