IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV426

MICHELLE FLATTUM,               )
          Plaintiff,       )
                                )
    v.                          )    ORDER
                                )
EXPERIAN INFORMATION SOLUTIONS, INC., )
          Defendant.       )
                                )
_____ )

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Document # 20].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: October 17, 2007

Graham C. Mullen
United States District Judge